**[J-69-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 10 WAP 2022 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court entered December |
| | : | 23, 2020 at No. 176 WDA 2020, |
| v. | : | affirming the convictions and |
| | : | vacating the Judgment of Sentence |
| | : | of the Court of Common Pleas of |
| RYAN MICHAEL DUNN, | : | Allegheny County entered |
| | : | September 11, 2019 at No. CP-02- |
| Appellant | : | CR-0014780-2018, and remanding. |
| | : | |
| | : | ARGUED:  October 26, 2022 |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW,** this 23rd day of June, 2023, the Court being evenly divided, the order of the Superior Court is **AFFIRMED** and the Commonwealth's Application to Strike is **DISMISSED**.